**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROBERT REEDER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6604** |
| **T. RODRIGUEZ ET AL.** | **SECTION "B" (2)** |

## ORDER

The court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the complaint of Robert Reeder pursuant to 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this 16th day of October, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE